**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

CLAUDETTE KOTKA., et al.

       Plaintiffs,

v.                                         Case No. 08-10617

JEWISH VOCATIONAL SERVICE,

       Defendant.

_____/

### PRELIMINARY SCHEDULING ORDER

On March 27, 2008, the court conducted a telephone conference in the above-referenced matter. During the conference, Plaintiffs' counsel informed the court that he would likely be filing a motion to remand this matter to state court. The court set forth a schedule in which to proceed with Plaintiffs' motion. Accordingly,

IT IS ORDERED that Plaintiffs' motion to remand must be filed by **April 18, 2008**. Defendant's response shall be filed by **May 2, 2008**. A reply is optional, and in this instance not expected. Thus, any reply, if filed, is due not later than **May 9, 2008**.

IT IS FURTHER ORDERED that the court will conduct a hearing on the motion on **May 28, 2008 at 2:00 p.m.** In the event the court resolves the motion prior to the hearing on the briefs, *See* E.D. Mich. LR 7.1(e)(2), and the motion is denied, the May

28, 2008 conference will be converted to a scheduling conference which trial counsel

must attend.[1]

                                    S/Robert H. Cleland                                
                                    ROBERT H. CLELAND
                                    UNITED STATES DISTRICT JUDGE

Dated:  March 31, 2008

I hereby certify that a copy of the foregoing document was mailed to counsel of record
on this date, March 31, 2008, by electronic and/or ordinary mail.

                                    S/Lisa Wagner                                
                                    Case Manager and Deputy Clerk
                                    (313) 234-5522

---

[1]Further, if prior to April 18, 2008, Plaintiffs decide to amend the complaint and add Defendants who would moot their intended motion to remand, the court will set a scheduling conference to occur in early May.