UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLAUDETTE KOTKA and
ROBERT ANTHONY KOTKA,

    Plaintiffs,

v

    Case No.: 2:08 cv 10617

    Honorable Robert Cleland

JEWISH VOCATIONAL SERVICE, an assumed
name for JEWISH VOCATIONAL SERVICE AND
COMMUNITY WORKSHOP, a Michigan
corporation,

    Defendant.
_____/

## STIPULATED ORDER OF DISMISSAL

At a session of said Court held in the United States District Court Building in the City of Detroit, State of Michigan on 9/11/2008.

PRESENT: HONORABLE     ROBERT H. CLELAND
                                                   U.S. DISTRICT COURT JUDGE

    This matter having come before the Court by stipulation of the parties, the parties having reached an amicable resolution of this matter and the Court being otherwise fully advised in the premises;

    IT IS HEREBY ORDERED that this matter be and is dismissed with prejudice. This Order resolves the last pending claim and closes the case.

                                               S/Robert H. Cleland
                                               U.S. DISTRICT COURT JUDGE

I hereby stipulate to entry of the above Order:

/s/William Dobreff                                /s/Mark J. Zausmer
WILLIAM DOBREFF (P 35263)              MARK J. ZAUSMER (P 31721)
Attorney for Plaintiff                          Attorneys for Defendant
586/838-3880                                      248/851-4111